UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SUE LEE,

                Plaintiff,

-against-

NEW YORK CITY HEALTH AND HOSPITAL
CORPORATION,

                Defendant.
------------------------------------------------------------X

05 CIVIL 2316 (AKH)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/07

Defendant having moved for summary judgment, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on January 23, 2007, having rendered its Summary Order granting defendant's motion for summary judgment, dismissing plaintiff's federal claims with prejudice, and declining to exercise supplemental jurisdiction over her state law claims, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Summary Order dated January 23, 2007, defendant's motion for summary judgment is granted; plaintiff's federal claims are dismissed with prejudice; and the Court declines to exercise supplemental jurisdiction over her state law claims; accordingly, the case is closed.

**Dated:** New York, New York
         January 26, 2007

                                        **J. MICHAEL McMAHON**
                                        Clerk of Court

                BY:
                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____